UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ANTHONY RAY REEDER | ) | BANKRUPTCY CASE NUMBER 09-12493 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM #1-2 | Centennial Wireless<br>Attention: Recovery<br>3811 Illinois Road, Suite #100<br>Fort Wayne, Indiana   46804 | $ 3.72 |
| CLAIM #2-2 | Centennial Wireless<br>Attention:  Recovery<br>3811 Illinois Road, Suite #100<br>Fort Wayne, Indiana   46804 | $ 4.33 |
| CLAIM # 5 | NIPSCO<br>Attn: Revenue Assurance & Recovery<br>801 East 86th Avenue<br>Merrillville, Indiana   46410 | $ 1.25 |
| CLAIM # 6 | RJM Acquisitions LLC, Assignee of<br>Literary Guild / Select Book Club<br>575 Underhill Boulevard, Suite 224<br>Syosset, New York   11791 | $ 0.63 |
| CLAIM # 9 | Allen Collections, Inc.<br>6710 Old Trail Road<br>Fort Wayne, Indiana   46809 | $ 2.37 |

| | | |
|---|---|---|
| CLAIM # 10 | Midwest America Federal Credit Union<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 2.57 |
| CLAIM # 11 | Preferred Anesthesia Consultants<br>c/o Snow & Sauerteig<br>203 East Berry Street, Suite 1310<br>Fort Wayne, Indiana   46802 | $ 0.64 |
| CLAIM # 13 | American InfoSource LP<br>T Mobile / T-Mobile USA, Inc.<br>Post Office Box 248848<br>Oklahoma City, Oklahoma   73124-8848 | $ 1.92 |

**TOTAL:     $17.43**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of September, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven